# 1094

BAYLEY, Respondent, v. BAYLEY, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Sarah Bayley, as administratrix, against Joseph Bayley. A. P. Bachman, for appellant. R. S. Fletcher, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BEALL, Respondent, v. DADIRRIAN, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by William E. Beall against Markan G. Dadirrian. L. P. Marvin, for appellant. A. P. Bachman, for respondent.

PER CURIAM. Interlocutory judgment (62 Misc. Rep. 125, 115 N. Y. Supp. 196) affirmed, on opinion of Greenbaum, J., in the court below, with costs, and with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

In re BEAUTY SPRINGS WATER CO. TALCOTT, Appellant, v. BEAUTY SPRINGS WATER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) In the matter of supplementary proceedings by Frank H. Talcott, as President of the Village of Lyons Falls, for the collection of a tax of the Beauty Springs Water Company. No opinion. Motion for leave to appeal to Court of Appeals granted. Settle questions before WILLIAMS, J., on two days' notice. See, also, 118 N. Y. Supp. 659.

BECKER, Respondent, v. WOODCOCK, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Frances A. Becker against Daniel Woodcock. No opinion. Motion granted, without costs. Order filed.

BEEKMAN, Respondent, v. NEW YORK TAXICAB CO., Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Henry M. T. Beekman against the New York Taxicab Company. No opinion. Motion denied. The plaintiff can move to vacate stay, as the conditions upon which it was granted have not been complied with. Order filed.

BENEVOLENT & PROTECTIVE ORDER OF ELKS, Respondent, v. IMPROVED BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE WORLD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by the Benevolent & Protective Order of Elks against the Improved Benevolent & Protective Order of Elks of the World and another. No opinion. Order (60 Misc. Rep. 223, 111 N. Y. Supp. 1067) affirmed on argument, with $10 costs and disbursements.

BENEVOLENT & PROTECTIVE ORDER OF ELKS, Respondent, v. IMPROVED BENEVOLENT & PROTECTIVE ORDER OF ELKS OF THE WORLD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by the Benevolent & Protective Order of Elks against the Improved Benevolent & Protective Order of Elks of the World and others. No opinion. Motion withdrawn in open court. See, also, 60 Misc. Rep. 223, 111 N. Y. Supp. 1067.

BENNETT, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Richard Bennett against the City of New York and another. No opinion. Judgment unanimously affirmed, with costs.

BERNHARD, Respondent, v BERNHARD, Appellant. (Supreme Court, Appellate Division, Second Department. October 21, 1909.) Action by Cecelia Bernhard against Solomon Bernhard. No opinion. Motion to open the default, taken on the motion to dismiss the appeal, granted, and motion to dismiss set down for argument on Friday, October 22, 1909.

BERSHAFSKY, Appellant, v. DEUTSCH, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Samuel Bershafsky against Benjamin S. Deutsch. No opinion. Interlocutory judgment affirmed, with costs.

BERTINA, Respondent, v. FRITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Mary Ann Bertina against Anna Frith, administratrix, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

BERTINA v. PEOPLE'S TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Mary Ann Bertina against the People's Trust Company and Anna Frith, administratrix..

PER CURIAM. The Presiding Justice was entitled to vote as a sitting member of the court on the day of the argument, whether actually present during the entire argument or not. Code Civ. Proc. § 46. Motion for resettlement denied.

In re BETTS. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) In the matter of the application of Ira E. Betts, late of the town of Delhi, deceased, by Minnie H. Betts, as executrix, etc., of said Ira E. Betts, deceased, and s property owner, to alter and lay out a new highway in the town of Delhi, Delaware county, N. Y., and